FILED
AUG 09 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00130-EPG |
| Plaintiff, | ORDER TO UNSEAL ~~INDICTMENT~~ Complaint |
| v. | |
| AIDA CORONA, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on July 2, 2018 be unsealed and become public record.

DATED: 8/9/18

_E. P. G._
The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE