Kevin G. Little, SBN 149818
LAW OFFICE OF KEVIN G. LITTLE
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400

Attorneys for Defendant Aida Corona

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AIDA CORONA,<br><br>    Defendant. | Case No. 1:18-cr-00182-LJO-SKO<br><br>STIPULATION TO INCLUDE COUNSELING PRETRIAL RELEASE CONDITION RE: DEFENDANT AIDA CORONA; ORDER |

   IT IS HEREBY STIPULATED by and between Defendant Aida Corona, through her counsel of record, and McGregor W. Scott, United States Attorney and Laura D. Withers, Assistant U.S. Attorney that it would be appropriate to include a condition of mental health counseling among the defendant's pretrial release conditions. The Order Setting Conditions of Release as to this defendant, dated August 14, 2018, does not current include any such condition and does not permit the Pretrial Services Agency to refer the defendant for mental health counseling that now appears to be necessary.

STIPULATION AND ORDER

SO STIPULATED.

Dated: March 13, 2019                Respectfully submitted,
                                     McGREGOR W. SCOTT
                                     United States Attorney

                            By       /s/ Laura D. Withers
                                     LAURA D. WITHERS
                                     Assistant U.S. Attorney

Dated: March 13, 2019                /s/ Kevin Little
                                     KEVIN LITTLE
                                     Attorney for Defendant

**ORDER**

Good cause appearing, the conditions of defendant Aida Corona's pretrial release shall from this date forward include the condition that she participate in mental health counseling as directed by the Pretrial Services Agency.

IT IS SO ORDERED.

Dated:   **March 13, 2019**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER