Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400

Attorneys for Defendant Aida Corona

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00182-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO RELEASE COPY OF PASSPORT TO COUNSEL FOR DEFENDANT AIDA CORONA FOR IMMIGRATION PURPOSES; ORDER |
| v. | |
| AIDA CORONA, | |
| Defendant. | |

WHEREAS the defendant surrendered her passport as a condition of her pretrial release (DN13, p. 2); and

WHEREAS the defendant's ongoing immigration proceedings require her to present a copy of said passport to the Board of Immigration Appeals; and

WHEREAS the copy of the defendant's passport will be delivered to her immigration attorney directly by her undersigned counsel of record in these proceedings,

IT IS HEREBY STIPULATED that a representative of The Law Office of Kevin G. Little may obtain a copy of the defendant's deposited passport for the sole purpose of delivering said copy directly to Attorney Marlon L. Sinder, Esq. at the following address:

///
///
///

STIPULATION AND ORDER

| | |
|---|---|
| Marlon L. Sinder, Esq. | |
| Gleckman & Sinder | |
| 3435 Wilshire Blvd, Ste 2380 | |
| Los Angeles, CA 90010 | |

SO STIPULATED.

                                          Respectfully submitted,

Dated: July 24, 2019             McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Laura D. Withers
                                         LAURA D. WITHERS
                                         Assistant U.S. Attorney

Dated: July 24, 2019             LAW OFFICE OF KEVIN G. LITTLE

                                         /s/ Kevin Little
                                         KEVIN LITTLE
                                         Attorney for Defendant

## **ORDER**

Good cause appearing, the Court accepts the parties' stipulation and makes the following order: A representative of The Law Office of Kevin G. Little may obtain a copy of the defendant's deposited passport for the sole purpose of delivering said copy directly to Attorney Marlon L. Sinder, Esq. at the above address.

IT IS SO ORDERED.

Dated: **July 25, 2019**                           /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE