**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:  1:18-CR-00182-DAD-SKO |
| Plaintiff, | **ORDER**<br>**APPOINTING COUNSEL** |
| vs. | |
| AIDA CORONA | |
| Defendant. | |

The above named Defendant has, under oath, sworn or affirmed as to his/her financial 1:18-inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED appointing Kevin G. Little to represent the above defendant in this case effective *nunc pro tunc* to November 20, 2021. This appointment shall remain in effect until further order of this court.

Counsel is reminded that in future actions, appointment of counsel must be requested and approved by the court before commencing the representation.

IT IS SO ORDERED.

Dated:  __**January 6, 2022**__          _____/s/ *Sheila K. Oberto*_____
                                                   UNITED STATES MAGISTRATE JUDGE